IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vera Correia and Armando Jorge Correia (w/h) | : <br> : <br> : CIVIL ACTION - LAW |
| Plaintiffs | : |
| v. | : <br> : No. 3:19-cv-01484-ARC |
| Keen Lake Camping and Cottage Resort, et al | : <br> : |
| Defendants | : |

## ORDER TO SETTLE, DISCONTINUE AND END

**To the Clerk:**

Kindly mark the above-captioned matter settled, discontinued and ended.

/s/ Richard A. Godshall
_____
Richard A. Godshall, Esquire
Attorney for Plaintiffs


APPROVED: *s/Malachy E. Mannion*
　　　　　　　　*U.S. District Judge*

Dated: 6/10/21